**Exhibit A to the Complaint**

**Location:** Whittier, CA
**Total Works Infringed:** 72

**IP Address:** 47.157.67.65
**ISP:** Frontier Communications

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: BFEDDA42C57B434CDBE2560CA5ACA20C241B1255 File Hash: D393DCDB5DF5B4BF08DA211B12536FA8C7C3B8928C959E2F38C282084BEC2AB8 | 07/28/2020 02:34:21 | Blacked Raw | 07/27/2020 | 08/11/2020 | PA0002252262 |
| 2 | Info Hash: 6CD80647B4C12FB7BC07E75077C2F3DBD5B6452D File Hash: 9929AC09E25EDA0D1C46B57799340305CEAA94F44D98D6AB1F751F065D752BFF | 07/13/2020 09:02:56 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 3 | Info Hash: F26D0EC9CE76B82791423E780DAA2D01A23F0739 File Hash: F08FC750CF1C7F95AB708E5917D0480A513E1C7D4216E7601F649E51A71B5F00 | 07/07/2020 09:26:07 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 4 | Info Hash: EBD16CBE3484D2A3B19D220A3F4EAA31E1845689 File Hash: 1CD12C1C2BA301B318D02E752135027C0FF882A53596A13C459186FB9D938C8F | 06/30/2020 08:59:03 | Tushy | 11/27/2018 | 01/22/2019 | PA0002149851 |
| 5 | Info Hash: DFF1D77797C41F60EBB9A50A416E4E23207F0AF9 File Hash: E4BE58FC2ADA23AC75FA4EA3AFAE676AB154F95FCD2F0C175148DCB0E19EA602 | 06/29/2020 08:40:37 | Tushy | 06/28/2020 | 07/17/2020 | PA0002248597 |
| 6 | Info Hash: A7D933B9C54CC5B64F8E1A3E69B2C21E3A194DDB File Hash: C91594405707E49A89EC95EC20BD55F3C23ED42EA504C969A6A4769FBA22EAA5 | 06/19/2020 14:51:26 | Blacked Raw | 06/15/2020 | 07/17/2020 | PA0002248596 |
| 7 | Info Hash: 207FE53DA3CFCFB759291CF70E0760D46B94A74E File Hash: FF5C09E3EF632D12B115F046959C19523BC45550B5C60005D816F8D897BA6CF8 | 06/06/2020 09:58:27 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |
| 8 | Info Hash: 1030A696C3B213D09FE61C3B9A345EFFE6962CCE File Hash: 8599E2D154EAAC838636B99077EDEAAB84FE44189DA104FE08C7FBAA4D6AB1CD | 05/30/2020 14:04:02 | Vixen | 05/29/2020 | 06/16/2020 | PA0002253260 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash:<br>D5C48F540CFFF8D27E8C7CBF92F930837BA62847<br>File Hash:<br>674A4E9621AF9262DC12E6E7914097C0EF0FE8114FF3BFFE107B22C4931ED2A4 | 05/25/2020<br>05:38:53 | Tushy | 05/24/2020 | 06/16/2020 | PA0002253262 |
| 10 | Info Hash:<br>5627665472C09D6863689FA918E2E1E482351E04<br>File Hash:<br>77B25A4A092BC5299538EFC16AAD53BACFAAA5B06C479661288E83712ED330D2 | 05/23/2020<br>08:58:18 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 11 | Info Hash:<br>8C72E5543AD91BFB5FA6D56C215C58B0BA746CF3<br>File Hash:<br>032499A466A9B385B5FBA23D1EC4E7F8EDC1C5AF8DDA27B0023CCCE9137E2FE0 | 05/11/2020<br>09:08:57 | Tushy | 05/10/2020 | 06/16/2020 | PA0002253266 |
| 12 | Info Hash:<br>23E60E8D227971B676B503134438D9BD9DE3E1B9<br>File Hash:<br>3C9F7C7934A166D1C89A63AF9D69A5550D948311330810B283FF4A80832F1006 | 05/05/2020<br>11:23:11 | Vixen | 12/30/2018 | 01/22/2019 | PA0002147900 |
| 13 | Info Hash:<br>BD46BCA2E91B2EB9645EF46BC37BB0D84F70F5CC<br>File Hash:<br>3D8FC25742F2CCB8C7A72683B3BB552213CACC15AC759F2E24DCF78105AF6E7B | 05/05/2020<br>10:09:51 | Blacked<br>Raw | 05/04/2020 | 05/19/2020 | PA0002241475 |
| 14 | Info Hash:<br>017F8A5FA478B705A35E57D0296F318C8C63DFBD<br>File Hash:<br>46E691036EB12493A1CB0143337AE7DDA08D5F925DBDA155E9520C6750661E90 | 05/04/2020<br>10:51:34 | Tushy | 05/03/2020 | 05/19/2020 | PA0002241474 |
| 15 | Info Hash:<br>00F52008DEA2F2374C69D671BC9E5C5974FB4867<br>File Hash:<br>AEE3670C5061DC8735454ACCC1D84F4FFCA61DE78703FFCD7F8966F5841618C0 | 04/20/2020<br>20:41:58 | Tushy | 04/19/2020 | 05/05/2020 | PA0002249081 |
| 16 | Info Hash:<br>A283C2F70554E01BBAE94A91F09FF872C105F160<br>File Hash:<br>584C63195091844D5915DD1AFEE7256B77DEE4752043B6854398FA3FDBA4BF2E | 04/13/2020<br>13:51:27 | Tushy | 04/12/2020 | 04/22/2020 | PA0002237697 |
| 17 | Info Hash:<br>EE521F94B03EF40CE77BC953A550C5B553533AE2<br>File Hash:<br>6B74A52DC300CA8AF5AE81A2C278E442359861F1D25414A2404DB7B7D8B7F7FA | 04/12/2020<br>10:34:30 | Blacked | 04/11/2020 | 04/22/2020 | PA0002237696 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 18 | Info Hash:<br>0A8FF9F3221DCA28E00394D3207082DA359DC774<br>File Hash:<br>1E876BE3347820028A72BDFB3D5DCF9248482FA45FB20B6021C32D0E80FE764C | 04/06/2020<br>08:07:57 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 19 | Info Hash:<br>988AD20C3AD68942862CE854317ED563BB7E5863<br>File Hash:<br>0EB83658CA63BC734055BD2910FF41C27E898F76EAE6B902F8640C7C03434441 | 04/04/2020<br>11:31:47 | Vixen | 04/03/2020 | 04/17/2020 | PA0002237302 |
| 20 | Info Hash:<br>04334FEF85A226DD28D469D959EB923C79C13F55<br>File Hash:<br>4F2E3AAABE488F61E481B2759837FA225EBD6DA57693C530E12C5399B1985723 | 04/01/2020<br>04:42:43 | Vixen | 09/16/2019 | 10/01/2019 | PA0002217346 |
| 21 | Info Hash:<br>BC00BEF7DCEDB01FD6DBAB8784EFF035B148C103<br>File Hash:<br>FBCA038AC4F25AB630EC3FDB513AE87E17E1C3121399AE4013D684BA42AF03D0 | 03/30/2020<br>13:03:19 | Tushy | 03/29/2020 | 04/15/2020 | PA0002244963 |
| 22 | Info Hash:<br>9E9858315230CB985AEC39C59CF258A4CF3A8939<br>File Hash:<br>6F38ADC663E74274000F83B364E9341FB275A8292E84BCABFC23B23B9E728B1F | 03/28/2020<br>09:57:24 | Vixen | 03/27/2020 | 04/17/2020 | PA0002246166 |
| 23 | Info Hash:<br>6AD12C6D5344DC5484F1FEC3EAE8CD29FCF61E52<br>File Hash:<br>6E9DD9A4A220B86671ABC37480BD3A5D6A151268579AA4647D68FB708679E80F | 03/22/2020<br>22:10:54 | Vixen | 03/20/2020 | 04/17/2020 | PA0002246116 |
| 24 | Info Hash:<br>D658F84C28556E69F2CA78DF1761D1E2E05B55C6<br>File Hash:<br>69976230B634608F08BBF6B72A999931A341EC7724C09123D53D4D3DC210F4DB | 03/18/2020<br>06:09:57 | Tushy | 03/16/2020 | 04/15/2020 | PA0002244959 |
| 25 | Info Hash:<br>7BAFDEC66A03BCF63BA40C12A9CC2F525635FB38<br>File Hash:<br>83E204C1C1FC4002081038587AB2ABBB2FB1F4F22327A3FB765F2FD4C495FD1C | 03/14/2020<br>17:16:18 | Tushy | 08/04/2017 | 08/17/2017 | PA0002077666 |
| 26 | Info Hash:<br>9286DFBC2B559063BCED81F22451BAE34343FA0E<br>File Hash:<br>BC35C8E61B1F7E6AD43629428749F92CE2DCCDAA82E41B95E46A61EE344D6AA1 | 03/12/2020<br>09:09:10 | Tushy | 03/11/2020 | 04/15/2020 | PA0002244960 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash:<br>BFAD364E071A6D640B1FF533BB817714C013F2DC<br>File Hash:<br>2B7F72F4B40D8C73DE4711EE80A9C48C2931CA54F0549E526646AA8393064A99 | 03/07/2020<br>14:56:43 | Tushy | 03/06/2020 | 04/15/2020 | PA0002244958 |
| 28 | Info Hash:<br>BCAEF49E2CE81942A47EBD678C0582019E8318A3<br>File Hash:<br>E3F9EEECF6FD21DE522B0D7AF5F73A267D9F422A66C55DD4DDC100CD9EE98142 | 03/03/2020<br>20:26:56 | Vixen | 11/30/2019 | 12/17/2019 | PA0002217669 |
| 29 | Info Hash:<br>B41187C80115182E98EB541B3B15CE240B88B14A<br>File Hash:<br>9FE0D087CFCD5F3A3EF32FAE3C613F82AF2F46E308BDAD9D900A82372999F061 | 03/03/2020<br>04:17:26 | Tushy | 03/01/2020 | 04/15/2020 | PA0002244962 |
| 30 | Info Hash:<br>0CE33C446429277463F3D57A64FCA9072BD8DE65<br>File Hash:<br>C2886ACBECB00180E9884BB466E7B9B53F3B038F5900184BC2FC6ED10618F54E | 02/21/2020<br>07:12:58 | Tushy | 02/20/2020 | 03/18/2020 | PA0002241623 |
| 31 | Info Hash:<br>B927BE869E5BDDCC85CC2FF779B75FE60B472399<br>File Hash:<br>EA8218DF08EB4031A2638C9D1DFE58FC6A9DEAAF3BA21E9B865E8C7C525AE421 | 02/19/2020<br>07:28:27 | Vixen | 02/18/2020 | 03/18/2020 | PA0002241449 |
| 32 | Info Hash:<br>BDAAB1634538A6B59CEEA010C61C49921DAE5739<br>File Hash:<br>AC3A6721FBF963137CFFD335238500DF035419ECAB5C5A9E03E919143E5F2389 | 02/14/2020<br>07:50:47 | Blacked<br>Raw | 02/13/2020 | 03/18/2020 | PA0002241447 |
| 33 | Info Hash:<br>FF27F04C9F261AF3E97CFB7E29CC43D585030F86<br>File Hash:<br>F705D13B281CFBAF5F60A4B9D55FB01D411AF9DEC6C6F9121D4E11F810CB074D | 02/11/2020<br>11:01:17 | Tushy | 02/10/2020 | 03/15/2020 | PA0002240548 |
| 34 | Info Hash:<br>8000D153F7393744352FE426A8065250ABA79306<br>File Hash:<br>66BAFA81F849D3A548CA5031132FBDA5B06BFDE50EFCF928E6E3D285240416BE | 02/10/2020<br>05:24:03 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 35 | Info Hash:<br>0A6BBD8039B41D1A802814ADC73105AE0C80CAB8<br>File Hash:<br>DC561E0735CF183682EE079DF3E994CFBA72EA381D72117916F07094AD1ED4E1 | 02/06/2020<br>09:07:26 | Tushy | 02/05/2020 | 03/15/2020 | PA0002240545 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash:<br>43432F3EF46CD280860A13EB0E7590498F41A366<br>File Hash:<br>B017DC9D1490895C5C8B1F4E986E63ABBA821E52300A9FEF2F77A6F2CBAEBB09 | 02/02/2020<br>23:51:34 | Tushy | 01/31/2020 | 03/15/2020 | PA0002240443 |
| 37 | Info Hash:<br>E3927FB2FDA392EDD36092A2AF00936DFCFF41B0<br>File Hash:<br>5036367BD2E59B4C55896E2D1023299AEC8CB513C28ABF790905FC2571803BF7 | 01/30/2020<br>08:25:28 | Vixen | 01/29/2020 | 02/20/2020 | PA0002229058 |
| 38 | Info Hash:<br>2E6A4D2F40F30D3DA17FC120E2C51B5525226E5B<br>File Hash:<br>552190B84C0BAB79272C00BB632245BF63F9CA52F4E30287070BDBD8E4B93782 | 01/27/2020<br>16:46:11 | Vixen | 01/24/2020 | 03/15/2020 | PA0002240434 |
| 39 | Info Hash:<br>E71EC8CB63393289191415BB2B8F1FA8208D768A<br>File Hash:<br>27577D0CD872DF905A722080D0516F6F6047787DBB633287BEEAB5B6E5B5C29C | 01/27/2020<br>16:06:20 | Tushy | 01/26/2020 | 02/20/2020 | PA0002237626 |
| 40 | Info Hash:<br>C45A3EA2C2ABD72463D43D65A4CE355BA796D689<br>File Hash:<br>0D956A10D40B77910F5D5C72C6E25607A6E726F74ED8D9EAB6A0A3B33CC80072 | 01/22/2020<br>22:56:37 | Tushy | 01/21/2020 | 02/20/2020 | PA0002237627 |
| 41 | Info Hash:<br>1824C8040F5A4D239F5F875ECDD51C5901F5DD07<br>File Hash:<br>C71376D6CE58980B5F413B8F685898D8A992E2AF5F01D4392F6DAACCD2CD6FB5 | 01/19/2020<br>22:06:39 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 42 | Info Hash:<br>90754CC4E7EF432E355587AB066B3404380772BD<br>File Hash:<br>7AA4DFDB3B8C5B2D66E1ABA6271831E1E56D2FE2E4269918D39461E47D56AB45 | 01/18/2020<br>15:05:30 | Tushy | 01/16/2020 | 02/20/2020 | PA0002237625 |
| 43 | Info Hash:<br>490C55643A09A91E75BCC1CCB631758AB7F502F0<br>File Hash:<br>D3D985BBD3586404DCD36C805BBE28E693681DBF2129F717EE696BE634B28622 | 01/16/2020<br>10:20:25 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 44 | Info Hash:<br>F19C9AD942D29356EC8087DBD067B1670B4A7EB5<br>File Hash:<br>00FC380888E11DEC12D5BC07C4DB3AEC4659E80EC812A317BEF9350F08497A39 | 01/13/2020<br>17:03:50 | Tushy | 01/11/2020 | 02/03/2020 | PA0002236483 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash:<br>4318B7EE44A7B3D9C1BCE46D374D0C518FD21922<br>File Hash:<br>027F26D01CA334BAC53F184A27B3DB737F36E677E0680DAFB420FE8A03917FB4 | 01/07/2020<br>11:01:20 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |
| 46 | Info Hash:<br>4023DC135B003352E0D2D9409D7F7E8457141C5D<br>File Hash:<br>BE2D9F6F793B8ACAB4B8D228DC45CFE3443CE115772180E208A8EA2DBC1CE9FA | 01/05/2020<br>14:43:02 | Vixen | 01/04/2020 | 01/27/2020 | PA0002223959 |
| 47 | Info Hash:<br>2AB15616290E5006CE1F5161620EDA18DF227C1A<br>File Hash:<br>4E1FE8C10DC2BC89B3FDFE1E28282A8FBCFCEE6EEA614ECAB2D3E74A2B740BC4 | 01/01/2020<br>08:32:51 | Blacked | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 48 | Info Hash:<br>111AF0F480E619AE224D6920F94278D4E7C5047F<br>File Hash:<br>E75F306D7D0307EB89BB4D411FD7F1880C9547DCB10A0EBF25A7D39CAD0A8CA5 | 12/31/2019<br>09:22:15 | Vixen | 12/30/2019 | 01/27/2020 | PA0002223956 |
| 49 | Info Hash:<br>415C3B7943A631507E46E3B17A50F5B72D0DD00B<br>File Hash:<br>4A3DFBCC7121F71DC232669300B96F09598024154AAB6B48BDB9094E86743DCE | 12/30/2019<br>16:20:32 | Tushy | 12/27/2019 | 01/22/2020 | PA0002234861 |
| 50 | Info Hash:<br>17D319C984A01D4AD7FA2BC40C073615718630AC<br>File Hash:<br>62C2C6911888A1CF37E506852B6F4C0B96CB0E30E3DBFDB5A09AC200CF89884D | 12/26/2019<br>02:46:13 | Vixen | 12/25/2019 | 01/03/2020 | PA0002219640 |
| 51 | Info Hash:<br>4ACA6D96A9CEB036E66491937929DCD8A044E594<br>File Hash:<br>B85750D00ED5B368EE0A57B9EE184920A881FC7611151F01F13536F6B192B8EE | 12/23/2019<br>09:14:09 | Tushy | 12/22/2019 | 01/22/2020 | PA0002234863 |
| 52 | Info Hash:<br>E1B4DE5C3E27DACD290ADEED9E548F0644D74E73<br>File Hash:<br>A802078DFD388951115A9DFBA87C43AA2022D5973DA9E6839FBABC50067D3404 | 12/22/2019<br>16:09:19 | Blacked | 12/21/2019 | 01/03/2020 | PA0002219632 |
| 53 | Info Hash:<br>EB9F16E1B8FD391D5514494B1D07B561E6F90F4B<br>File Hash:<br>B6CA799AEEC80AE95C555D7B64B16725BE370625B1DC53758EC17946FE4D4D63 | 12/21/2019<br>15:20:12 | Vixen | 12/20/2019 | 02/03/2020 | PA0002225564 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 54 | Info Hash:<br>91B631C42615111B3735A1A33DECAF9E16D789F5<br>File Hash:<br>A65412F945FC2BC1E14FD20CDE07B343A0633E02855DDDBF982A354DF9FC1229 | 12/13/2019<br>10:14:30 | Tushy | 12/12/2019 | 01/03/2020 | PA0002219634 |
| 55 | Info Hash:<br>A8E21DA787F4F576291FE2EB7B1B3FFA0D216111<br>File Hash:<br>3062FDA6144D04C8090B1D9A6AA89F8B4F817E64D4235AC121BFC10E7B3C1FF4 | 12/11/2019<br>23:48:27 | Blacked | 12/11/2019 | 01/03/2020 | PA0002219628 |
| 56 | Info Hash:<br>C6520DA67348FCF688DB38741CB288B7A76ADB05<br>File Hash:<br>41CCEE97E4FF595FC5E5795C99144C4DC34E96328A35A68D5F403BF219A838B7 | 12/08/2019<br>16:08:25 | Tushy | 12/07/2019 | 12/17/2019 | PA0002217666 |
| 57 | Info Hash:<br>8141AB80DA4E31ED14546F8C150F2C63A06CA438<br>File Hash:<br>2C3F4225CC8B620F5EA8CCAE4D4439C09D4B800517244C161FE55CBB98421E5B | 12/03/2019<br>09:08:55 | Tushy | 12/02/2019 | 12/17/2019 | PA0002217668 |
| 58 | Info Hash:<br>C1E31CFBCF9E38DB7DDDFEB96F43FB51106C482E<br>File Hash:<br>E36D3F6FC2365B6E4F651F566D891D0C421E3A8936A2385C24543B8D7C785B2D | 11/26/2019<br>08:44:51 | Vixen | 11/25/2019 | 12/09/2019 | PA0002216264 |
| 59 | Info Hash:<br>5DD19451DDB20A4469B8D1B7CD62E195B031E53B<br>File Hash:<br>ED7420CB527C520E61AEF0818FD6360D6C42A634B50FF4E7AFBA49A5C8496D91 | 11/25/2019<br>00:24:32 | Tushy | 11/22/2019 | 12/03/2019 | PA0002232052 |
| 60 | Info Hash:<br>9FD9A47AB898802E80AEBCB2E630742FC88211BF<br>File Hash:<br>87D6499EBACF2A6F3D901D12203EB7D82D2DBFFD8A11A601AD7BAF7908211EC9 | 11/18/2019<br>22:04:51 | Vixen | 11/15/2019 | 12/03/2019 | PA0002232048 |
| 61 | Info Hash:<br>6942A5220DC175635FC94A553E5676E088AA769D<br>File Hash:<br>14FF77C2AEEE446A49F628FCBD4EB37258BF725978474C6E9DD39BE2C9551FCB | 11/18/2019<br>21:53:08 | Tushy | 11/17/2019 | 11/27/2019 | PA0002213996 |
| 62 | Info Hash:<br>0F69708DE21FA66CC053EF1071AB84DAE6D905BC<br>File Hash:<br>36E5B83AF1995C7176263BAA14FFBFC83E7C9EC90723B75F1D76606266C52C91 | 10/29/2019<br>17:29:40 | Tushy | 10/28/2019 | 11/05/2019 | PA0002227106 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 63 | Info Hash: B28F49E459245BA3B35AFA97F4780D3924030CBB File Hash: 070014250BD7FF6C297A1FE0561DC87F42CDE0411172A72171214D2C8EA22A35 | 10/24/2019 14:26:41 | Tushy | 10/23/2019 | 11/05/2019 | PA0002227103 |
| 64 | Info Hash: 8E9DFC7CBDAD5161E56936A8202259FCD4401D77 File Hash: FBC3EB7CB86DF9AD25A51F3022ED89492838058929FF0F820F276F34B23B0479 | 10/18/2019 14:49:33 | Blacked | 10/17/2019 | 11/05/2019 | PA0002210291 |
| 65 | Info Hash: 7A32700751133765173A52DCA07F3E727E72DBA1 File Hash: D01578070A186388877C9B3AC910493B3D9D1396190CD75DE403A7FDDBBB70BB | 10/08/2019 07:02:17 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 66 | Info Hash: E9B680D874D46CAE8626611338D8E71E429D202C File Hash: A816A1A74299D2D70BAC68220518C15AA9BB1CE927F78D0C71538A6E87FDA8E5 | 10/04/2019 00:41:04 | Tushy | 10/03/2019 | 10/21/2019 | PA0002207743 |
| 67 | Info Hash: 60FAF98DC530C76821EB20CE9D6F41DFB64CEBAD File Hash: 8B9C34D1B970E0D22F63878589E31A9E4E4822EEF61056D267E31B6A355DE56D | 09/28/2019 23:10:54 | Tushy | 09/28/2019 | 10/21/2019 | PA0002207776 |
| 68 | Info Hash: D5FEEDA1DED6FE5F8089F1371775014BABDFB40D File Hash: DF3EA2B7219618C0586CEF4FA234D59F47F350998FA655CE0CDE6EB2FF2EECC4 | 09/19/2019 06:10:29 | Tushy | 09/18/2019 | 10/01/2019 | PA0002217340 |
| 69 | Info Hash: 7421B940E117F2A0DD02E5698E6FEA22A91D040D File Hash: 175C0BD504CF2C32EFF80270C99BDB389918FB6F8E6D61537A0EF0B8C46D124E | 09/15/2019 22:40:50 | Tushy | 09/13/2019 | 10/07/2019 | PA0002205470 |
| 70 | Info Hash: 2D8F62F7FF311B044E680A52D3370AFF4CF148F2 File Hash: 5C05697410A05ECD7B85A4FD4BE1C0A1574247CC09583C8BE73754C07308656D | 09/12/2019 09:48:52 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 71 | Info Hash: BB370A591115188C3039B62B8F043FAD0480D059 File Hash: 3DA9903489E4BEC6AB8681807C3C359F7785E1AD67C572878437AE9D7C1FEEAF | 09/04/2019 11:18:34 | Tushy | 09/03/2019 | 09/13/2019 | PA0002200699 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 72 | Info Hash:<br>BC4CFE77F77B74738F7A95C2895B7D89E31629ED<br>File Hash:<br>18CDF3BC2A6B753C86230FFAF2AA705DB355ECB459BB52CF03C93439C1F6CBD0 | 08/30/2019<br>10:50:28 | Blacked | 08/28/2019 | 09/13/2019 | PA0002200704 |